**Rudolph HOSKINS, Plaintiff and Appellant,**

v.

**Lawrence E. WILSON, Warden, Appellee.**

No. 24670.

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1970.

Richard R. Day (argued), Rohnert Park, Cal., for appellant.

James Cuneo (argued), Deputy Atty. Gen., Thomas C. Lynch, Atty. Gen., John

---

P. Oakes, Deputy Atty. Gen., San Francisco, Cal., for appellee.

Before CHAMBERS, Circuit Judge, JERTBERG, Senior Circuit Judge, and HUFSTEDLER, Circuit Judge.

PER CURIAM:

The decision of the district court is affirmed. See Parker v. North Carolina, 397 U.S. 790, 90 S.Ct. 1458, 25 L.Ed.2d 785 (1969); McMann v. Richardson, 397 U.S. 759, 90 S.Ct. 1441, 25 L.Ed.2d 763 (1969); Brady v. United States, 397 U.S. 742, 90 S.Ct. 1463, 25 L.Ed.2d 747 (1969); and Moss v. Craven, 9th Cir., 427 F.2d 139 (1970).